IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SHARON SOLTIS,  :
:
    Plaintiff,  :
:
v.  :  3:18-CV-01780
  :  (JUDGE MARIANI)
CVS PHARMACY, INC and  :
JOSEPH LECH  :
:
    Defendants.  :

## ORDER

AND NOW, THIS 8th DAY OF JANUARY 2025, IT IS HEREBY ORDERED THAT:

1. The attorney-client privilege between *pro se* Plaintiff and her former counsel has been waived regarding the alleged communications referenced in the Plaintiff's prior public filings, (Docs. 62, 68).

2. The attorney-client privilege between *pro se* Plaintiff and her former counsel has further been waived by directly placing at issue her former counsels' advice and communications. Specifically, Plaintiff's former counsel may testify regarding any communications that occurred between Plaintiff and her former counsel during and immediately following the November 13, 2019, mediation about any and all non-monetary settlement terms that may or may not have been discussed or negotiated during the mediation, the Term Sheet, the contents of the Term Sheet, and the Plaintiff's review and/or execution of the Term Sheet.

3. As for other matters potentially covered by the attorney-client privilege, the Court will address those on a question-by-question basis at the evidentiary hearing, should any party raise an objection.

_____
Robert D. Mariani
United States District Judge